UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 06-353 |
| **VERSUS** | * | SECTION: "K" |
| **ALVIN HOLMES** | * | |
| | * * * | |

### ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be 3 points.

New Orleans, Louisiana, this <u>18th</u> day of <u>   September   </u>, 2007.

_____
UNITED STATES DISTRICT JUDGE