UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   06-353 |
| v. | * | SECTION:   "K" |
| ALVIN HOLMES | * | |

\* \* \*

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that documents 103, 104, and 105 be unsealed in this matter.

New Orleans, Louisiana, this 27th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE